Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**DEAN L.,**

Plaintiff,

vs.

Commissioner of Social Security Administration,

Defendant.

Civil No. 3:19-cv-860-SI

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $35,827.00 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by counsel in the amount of $11,010.29, for a net §406(b) cost to Plaintiff herein of $24,816.71 pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in

anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel Luke Moen-Johnson, less an administrative assessment pursuant to 42 U.S.C. §406(d), consistent with this order.

IT IS SO ORDERED this day of June 13th, 2024

U.S. District Judge, Michael H. Simon

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
Sherwood J. Reese, OSB #144130
Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) - 2